# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0575.  THE STATE v. ROBERT LENORIS SMITH.**

The State of Georgia has filed this appeal from the trial court's order granting Robert Lenoris Smith's motion to suppress evidence.  Smith was indicted, *inter alia*, for felony murder.  In *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984), the Supreme Court directed that we transfer "all cases in which either a sentence of death or life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases" to that Court. Accordingly, this case is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,*  01/07/2016
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*